# DEPARTMENT OF LICENSES & INSPECTIONS

**EXHIBIT E**



# CEASE OPERATIONS

YOU ARE HEREBY NOTIFIED THAT THIS LOCATION

__421 N. 9th Street__

IS IN VIOLATION OF THE CITY CODE(S) LISTED BELOW:

- ☐ Building
- ☐ Electrical
- ☐ Plumbing
- ☒ Zoning
- ☐ Fire
- ☐ Licenses
- ☐ Property Maintenance

A-505.1/1

Corrective Actions needed to remove this/these condition:

Gardendale Athletic & Social Club has been deemed a "Critical Nusance Business" by the City of Philadelphia Police Department

The Department of Licenses and Inspections has ordered that all work/operations CEASE at this premise. This premise is ordered vacated immediately of all occupants. Occupancy after __2/5/2025__ at __5:28pm__ is illegal.

Any person who permits this premise to be occupied (except those persons necessary to correct the violations) after the above date and time or removes, damages, or defaces this notice is subject to arrest by the Police Department and upon conviction is subject to a fine of up to $300.00 and/or imprisonment of 90 days per day per violation.

**Note to Philadelphia Police Department**
Above arrests are to be in accordance with Police Department Directive 3.13

#242    NPU    215.686.2515    2/5/2025