# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| GARDENDALE ATHLETIC AND SOCIAL LUB INC.<br>*Plaintiff(s)*<br>v.<br>CITY OF PHILADELPHIA, U.S. MARSHALS SERVICE, JOHN AND JANE DOES 1-10,<br>c/o CITY OF PHILADELPHIA<br>(Individually and in their official capacities)<br>c/o U.S. MARSHALS SERVICE<br>(Individually and in their official capacities)<br>*Defendant(s)* | Civil Action No.   25-3636 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CITY OF PHILADELPHIA
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
and
JOHN AND JANE DOES - 1-10
c/o CITY OF PHILADELPHIA
1515 Arch Street, 14th Floor
Philadelphia, PA  19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ALAN L. FRANK
ALAN L. FRANK LAW ASSOCIATES PC
135 OLD YORK RD
JENKINTOWN, PA 19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   7/16/2025

*Michele Helmer*
Signature of Clerk or Deputy Clerk

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-3636

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of organization)* City of Philadelphia was received by me on *(date)* 7/19/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Milagros Colon- Data Services Support Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* City of Philadelphia on *(date)* 7/21/2025; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/25/2025

*Server's signature*

Stephanie Segal- Process Server
*Printed name and title*

PO Box 1316, Southampton, PA 18966
*Server's address*

Additional information regarding attempted service, etc.:

Service effected at 1515 Arch Street, 14th Floor, Philadelphia, PA 19102