UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| GARDENDALE ATHLETIC AND SOCIAL CLUB INC. | : |
|                Plaintiff, | : CIVIL ACTION |
| | : NO. 25-3636 |
| vs. | : |
| CITY OF PHILADELPHIA | : JURY TRIAL DEMANDED |
|    and | : |
| U.S. MARSHALS SERVICE | : |
|    and | : |
| JOHN AND JANE DOES 1-10, | : |
| c/o CITY OF PHILADELPHIA | : |
| (Individually and in their official capacities) | : |
|    and | : |
| c/o U.S. MARSHALS SERVICE | : |
| (Individually and in their official capacities) | : |
|                Defendants | : |

_____

**RESPONSE OF PLAINTIFF, GARDENDALE ATHLETIC AND SOCIAL CLUB INC., IN OPPOSITION TO DEFENDANT CITY OF PHILADELPHIA'S MOTION TO DISMISS**

    Plaintiff, Gardendale Athletic and Social Club Inc., by and through its undersigned counsel, hereby responds in opposition to Defendant City of Philadelphia's Motion to Dismiss Complaint under Fed. R. Civ. P. 12(b)(6). Plaintiff annexes a Brief in support of its opposition and incorporates the same by reference herein. For the reasons set forth more fully in Plaintiff's Opposition Brief, this Honorable Court should deny Defendant City of Philadelphia's Motion to Dismiss.

                                                                                         Respectfully submitted,

August 22, 2025                                                       *Alan L. Frank*
                                                                          ALAN L. FRANK LAW ASSOCIATES, P.C.
                                                                          Alan L. Frank, Esquire
                                                                          Samantha A. Millrood, Esquire
                                                                          135 Old York Road
                                                                          Jenkintown, PA 19046
                                                                          T: 215.935.1000/F: 215.935.1110
                                                                          afrank@alflaw.net
                                                                          smillrood@alflaw.net