# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARDENDALE ATHLETIC AND SOCIAL CLUB INC. : | CIVIL ACTION |
| Plaintiff, : | NO. 25-3636 |
| vs. : | |
| CITY OF PHILADELPHIA : | JURY TRIAL DEMANDED |
| and : | |
| U.S. MARSHALS SERVICE : | |
| and : | |
| JOHN AND JANE DOES 1-10, : | |
| c/o CITY OF PHILADELPHIA : | |
| (Individually and in their official capacities) : | |
| and : | |
| c/o U.S. MARSHALS SERVICE : | |
| (Individually and in their official capacities) : | |
| : | |
| Defendants : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Complaint, and Plaintiffs' response thereto, it is hereby ORDERED that Defendants' City of Philadelphia's Motion is DENIED. It is FURTHER ORDERED that Defendant City of Philadelphia shall answer Plaintiffs' Complaint within twenty (20) days of the date of this Order.

BY THE COURT:

_____
United States District Judge