UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| GARDENDALE ATHLETIC AND SOCIAL CLUB INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-3636 |
| vs. | : | |
| CITY OF PHILADELPHIA | : | JURY TRIAL DEMANDED |
| and | : | |
| U.S. MARSHALS SERVICE | : | |
| and | : | |
| JOHN AND JANE DOES 1-10, | : | |
| c/o CITY OF PHILADELPHIA | : | |
| (Individually and in their official capacities) | : | |
| and | : | |
| c/o U.S. MARSHALS SERVICE | : | |
| (Individually and in their official capacities) | : | |
| | : | |
| Defendants | : | |

---

# CERTIFICATE OF SERVICE

I, Alan L. Frank, Esquire, hereby certify that on this 22nd day of August, 2025, served a true and correct copy of Response of Plaintiff, Gardendale Athletic and Social Club, Inc. In Opposition to Defendant City of Philadelphia's Motion to Dismiss upon the following via the Court's ECF Filing System and email upon:

Derek R. Kane, Esq.
City of Philadelphia Law Department
One Parkway, 14th Floor
1515 Arch Street
Philadelphia, PA 19102
email: derek.kane@phila.gov

and first class mail, postage prepaid upon:

U.S. Marshals Service<br>
Office of General Counsel, Attn OCG Torts Team<br>
Building CG-3, 15th Floor<br>
Washington, DC 20530-0001

        ALAN L. FRANK LAW ASSOCIATES, P.C.
        <u>  /s/   *Alan L. Frank*  </u>
        Alan L. Frank, Esq.
        Samantha A. Millrood, Esq.
        135 Old York Road
        Jenkintown, PA 19046
        T: 215.935.1000/F: 215.935.1110
        afrank@alflaw.net
        smillrood@alflaw.net
        Attorneys for Plaintiff, *Gardendale Athletic and Social Club, Inc.*