**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GARDENDALE ATHLETIC AND                    :
SOCIAL CLUB, INC.                          :
                                           :
     v.                                    :        CIVIL ACTION NO. 25-3636
                                           :
CITY OF PHILADELPHIA                       :

**SCHEDULING ORDER**

This 7th day of January, 2026, following a Preliminary Pretrial Conference pursuant to

Rule 16, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **July 7, 2026.**

2. Expert reports for the plaintiff, if any, shall be due by **July 21, 2026.**

3. Expert reports for the defendants, if any, shall be due by **September 4, 2026.**

4. Rebuttal or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the Final Pretrial Conference to allow for a meaningful response.

5. Expert depositions may be conducted any time until the Final Pretrial Conference.

6. Dispositive motions, if any, shall be due by **August 7, 2026.**

7. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **September 28, 2026.**

   **Notice:**  Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

                                    /s/ Gerald Austin McHugh
                                    United States District Judge