**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARDENDALE ATHLETIC AND SOCIAL CLUB, INC.,** *Plaintiff,* | : | **CIVIL ACTION NO. 25-3636** |
| **v.** | : | |
| **CITY OF PHILADELPHIA,** *Defendant.* | : | |

**ORDER**

**AND NOW**, this **30th** day of **July 2026**, upon consideration of Judge Gerald Austin McHugh's Order referring this matter "for purposes of arbitration in September, 2026, pursuant to terms agreed to by the parties," (ECF 29) it is **ORDERED** that:

1. An Arbitration Hearing consistent with the parties' agreed terms is scheduled before the Hon. José Raúl Arteaga, United States Magistrate Judge, on **Monday, September 21, 2026,** at **9:30 a.m.** in Courtroom 3H;

2. The parties shall, on or before **Friday, September 4, 2026,** submit joint agreed upon terms for the arbitration proceeding, including the parties' expectations for the final outcome of the proceeding to Chambers_of_Magistrate_Judge_Arteaga@paed.uscourts.gov;

3. The parties shall, on or before **Monday, September 14, 2026,** submit to the same email address, a ***joint*** submission including: (1) the parties' agreed upon facts and disputed facts; (2) their respective claims and defenses; (3) the relief sought; (4) a list of witnesses expected to testify at the proceeding with the subject(s) of their expected testimony and any expected objections to admissibility; (5) a list of exhibits to be used as evidence at the proceeding and any objections to their authenticity; and (6) a summary of applicable law;

4. The parties shall, on or before **Monday, September 14, 2026**, deliver to the Court binders containing hard copies of the exhibits anticipated to be used during the arbitration proceeding with all

exhibits separated using tabbed dividers and an index of the exhibits.

**BY THE COURT:**

José R. Arteaga
Digitally signed by José R. Arteaga
Date: 2026.07.30 11:16:35 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
***United States Magistrate Judge***
***Eastern District of Pennsylvania***