**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARDENDALE ATHLETIC AND SOCIAL CLUB, INC.,** *Plaintiff,* | : | **CIVIL ACTION** |
| | : | **NO. 25-3636** |
| **v.** | : | |
| **CITY OF PHILADELPHIA,** *Defendant.* | : | |

**ORDER**

**AND NOW**, this **6th** day of **August** 2026, it is hereby **ORDERED** that an Arbitration Hearing previously scheduled on Monday, September 21, 2026, is **RESCHEDULED** to **Tuesday, September 22, 2026,** at **9:30a.m.** in Courtroom 3H before the Honorable José Raúl Arteaga, United States Magistrate Judge. All other deadlines in the Court's previous order (ECF 31) shall remain the same.

**BY THE COURT:**

José R. Arteaga

Digitally signed by José R. Arteaga
Date: 2026.08.06 09:57:43 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*